```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LUMINANT ENERGY COMPANY LLC,            :
                                        :
                          Plaintiff,    :   21cv3335 (DLC)
                                        :
              -v-                       :      ORDER
                                        :
KOCH ENERGY SERVICES, LLC,              :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 23, 2021, the defendant filed a partial motion to dismiss the complaint. It is hereby

ORDERED that the plaintiff's opposition is due **May 18, 2021**.

IT IS FURTHER ORDERED that the defendant's reply is due **June 1, 2021**.

Dated:    New York, New York
          April 27, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge