# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

BARRY BARNETT
DIRECT DIAL (713) 653-7891

E-MAIL BBARNETT@SUSMANGODFREY.COM

July 7, 2021

*Granted,*
*/s/ Denise Cote*
*7/8/21*

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1910
New York, NY 10007
CoteNYSDChambers@nysd.uscourts.gov

Re: *Luminant Energy Company LLC v. Koch Energy Services, LLC*, No. 1:21-cv-03335-DLC (S.D.N.Y.)

Dear Judge Cote:

    We represent Plaintiff Luminant Energy Company LLC in the above-captioned case. We submit this letter pursuant to Rule I.E of the Court's Individual Practices in Civil Cases to request that the Court extend the deadline for the parties to submit certain simultaneous supplemental briefing.

    On April 23, 2021, Koch filed a motion to partially dismiss Luminant's complaint. (ECF No. 10.) On June 25, 2021, during a conference with counsel, the Court granted the motion as to Luminant's unjust enrichment claim, preliminarily denied the motion as to Luminant's breach-of-contract claim, and directed the parties to submit supplemental briefing on "what the [International Swaps and Derivatives Association] was trying to achieve in adopting the particular formulation" of "Interruptible" in the parties' contract by Friday, July 9, 2021. *See* Remote Conference Tr. (June 25, 2021) at 5:15-17.

    We now respectfully ask that the Court grant the parties a brief extension until Monday, July 12, 2021 to provide the Court with the requested supplemental briefing. Defendant Koch Energy Services, LLC consents to this request. There have been no previous requests for extensions of time.

July 7, 2021
Page 2

Sincerely,

*/s/ Barry Barnett*

Barry Barnett
Elizabeth Aronson
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Phone: 212-729-2024
Fax: 212-336-8340
bbarnett@susmangodfrey.com
baronson@susmangodfrey.com

Abigail C. Noebels
(admitted *pro hac vice*)
1000 Louisiana, Suite 5100
Houston, Texas 77002
Phone: 713-651-9366
Fax: 713-654-6666
anoebels@susmangodfrey.com

*Attorneys for Plaintiff Luminant Energy Company LLC*

cc: All Counsel of Record (via ECF)