```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    21cv3335(DLC)
LUMINANT ENERGY COMPANY LLC,             :
                                         :         ORDER
                              Plaintiff, :
               -v-                       :
                                         :
KOCH ENERGY SERVICES, LLC,               :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's motion for reconsideration of the Court's July 30 Opinion and Order that partially granted the defendant's motion to dismiss, it is hereby

ORDERED that the motion for reconsideration is denied. The plaintiff does not point to any "matters . . . that might reasonably be expected to alter the conclusion reached by the court." <u>Cho v. Blackberry Ltd.</u>, 991 F.3d 155, 170 (2d Cir. 2021)

SO ORDERED:

Dated:   New York, New York
         August 16, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge