```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
                                        :   21cv3335(DLC)
LUMINANT ENERGY COMPANY LLC,            :
                                        :       ORDER
                  Plaintiff,            :
          -v-                           :
                                        :
KOCH ENERGY SERVICES, LLC,              :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received on August 20, 2021 the defendant's motion for partial judgment on the pleadings or to strike, it is hereby

ORDERED that the plaintiff shall file any response by **September 13, 2021.**

IT IS FURTHER ORDERED that the defendant shall file any reply by **September 27, 2021.**

SO ORDERED:

Dated:   New York, New York
         August 23, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge